## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, vs. SHAWN DRUMMOND, Defendant. | Case No. 2:23-CR-0020-MKD-1<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 10/9/2024<br><br>**LOCATION:** Spokane<br><br>**CHANGE OF PLEA** |
|---|---|

**JUDGE MARY K DIMKE**

| Linda Hansen, Spokane<br>Cora Vargas, Richland | LC 02 | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Lisa Cartier-Giroux *for Michael Ellis* | | Robert Seines | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court                    [ ] Probation:

Defendant is present with counsel and not in custody.

Oath administered to Defendant for change of plea. The Defendant confirmed his true and correct name.

The Court advised the Defendant of rights given up by entering a guilty plea including the right to a jury trial. The Court inquired regarding Defendant's understanding of the elements and facts depicted in the Plea Agreement, which would need to be proven to obtain a conviction. The Court advised the Defendant of the potential penalties associated with the charge, the possible immigration consequences and that he will be giving up certain rights to appeal.

The Defendant pleaded guilty to the Indictment and the Court accepted his plea as knowing and voluntary.

The Court ordered a pre-sentence report be prepared by the USPO and set sentencing for **2/12/2025 at 11:15 a.m. in Spokane.**

The Defendant shall remain released on the previously imposed conditions.

| CONVENED: 9:15 AM | ADJOURNED: 9:32 AM | TIME: 17 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|